# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD J. MAHOGANY, JR.

NO. 2019 KW 0556

AUG 19 2019

---

In Re: Richard J. Mahogany, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-19-0193.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT